UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON M. HECOCK,<br><br>Defendant. | CASE NO. CR05-159 RSM<br><br>DETENTION ORDER |

## INTRODUCTION

I conducted an initial hearing on alleged violations of supervised release on April 2, 2007 and a detention hearing on April 3, 2007.

## ALLEGED VIOLATIONS OF SUPERVISED RELEASE

USPO Jerrod Akins alleges that Defendant violated the conditions of the supervised release in 2 respects:

(1) Possessing and distributing cocaine on September 22, 2006, in violation of standard condition No. 7;

(2) Failing to report contact with law enforcement withing 72 hours, in violation of standard condition No. 11;

(3) Failing to provide the probation office with a valid address, in violation of

DETENTION ORDER
PAGE -1-

standard condition No. 6.

I advised the defendant of these charges and of his constitutional rights. An separate evidentiary hearing on revocation of release will be held by the Court regarding these charges.

On the matter of detention, the Court finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community. The United States was represented by Jill Otake. The defendant was represented by Peter Avenia.

### FINDINGS OF FACT AND REASONS FOR DETENTION

(1) The nature of the alleged offense involves drug possession and sales.

(2) The defendant established residence without informing his probation officer.

(3) Defendant presents discrepancies in his employment history which contradict his monthly reports submitted to U.S. Probation officer Atkins.

**It is therefore ORDERED:**

(l) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

Case 2:05-cr-00159-RSM   Document 45   Filed 04/04/07   Page 3 of 3

1  (4)  The clerk shall direct copies of this order to counsel for the United States, to
2       counsel for the defendant, to the United States Marshal, and to the United
3       States Pretrial Services Officer.
4  DATED this 4th day of April, 2007.

<br>

*[signature]*

MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -3-