UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,            )
                                     )   Case No. CR05-159-RSM
            Plaintiff,               )
                                     )
      v.                             )   SUMMARY REPORT OF U.S.
                                     )   MAGISTRATE JUDGE AS TO
JASON MICHAEL HECOCK,                )   ALLEGED VIOLATIONS
                                     )   OF SUPERVISED RELEASE
            Defendant.               )
_____      )

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on November 17, 2009. The United States was represented by Assistant United States Attorney Jill Otake, and the defendant by Peter Avenia.

The defendant had been charged and convicted of Distribution of MDMA (Ecstasy), in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C). On or about July 28, 2006, defendant was sentenced by the Honorable Ricardo S. Martinez, to a term of one-hundred eighty-five (185) days in custody, to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse program, financial disclosure, alcohol abstinence, search, no new credit, 3 months electronic home monitoring, 180 days electronic home monitoring (curfew) component) and employment restrictions.

In a Petition for Warrant or Summons, dated October 16, 2009, U.S. Probation Officer

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 1

Jerrod Akins asserted the following violations by defendant of the conditions of his supervised release:

      (1)      Possessing cocaine on or before August 11, 2009, in violation of standard condition No.7.

      (2)      Associating with a person engaged in criminal activity during his term of supervised release, in violation of standard condition No. 9.

      The defendant was advised of his rights, acknowledged those rights, and admitted to alleged violations 1 and 2.

      I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations numbers 1 and 2, and that the Court conduct a hearing limited to disposition.  A disposition hearing on this violation has been set before the Honorable Ricardo S. Martinez on December 4, 2009 at 11:00 a.m.

      Pending a final determination by the Court, the defendant has been released, subject to supervision.

      DATED this 17th day of November, 2009.

*James P. Donohue*

_____
JAMES P. DONOHUE
United States Magistrate Judge

cc:    District Judge:        Honorable Ricardo S. Martinez
        AUSA:               Ms. Jill Otake
        Defendant's attorney:  Mr. Peter Avenia
        Probation officer:     Mr. Jerrod Akins